Alex Mintz
American Friends Service Committee
570 Broad St., Ste. 1001
Newark, NJ 07102
amintz@afsc.org
*Pro Bono Counsel for Petitioner*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE BONILLA MARQUEZ,<br><br>    *Petitioner*,<br><br>    v.<br><br>ERIC ROKOSKY, in his official capacity as Warden of the Elizabeth Detention Center;<br><br>TODD LYONS, in his official capacity as Acting Director of the Immigration and Customs Enforcement;<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security;<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States;<br><br>    *Respondents*. | Case No. 26-1211<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURUSANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Petitioner Jose Bonilla Marquez ("Mr. Bonilla") hereby moves this court to dismiss without prejudice and withdraw his Petition for a Writ of Habeas Corpus, ECF No.1, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Respondents consent and join in the filing of this notice of stipulated dismissal.

On February 6, 2026, Mr. Bonilla filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 before this Court to remedy his unlawful detention by Respondents at Delaney Hall in Newark, New Jersey. Mr. Bonilla no longer seeks relief from this Court. Mr. Bonilla therefore requests this court withdraw and dismiss without prejudice his Petition for a Writ of Habeas Corpus.

Dated: June 25, 2026                        Respectfully submitted,

                                            /s/ Alex Mintz
                                            American Friends Service Committee
                                            570 Broad Street, Ste. 1001
                                            Newark, New Jersey
                                            AMintz@afsc.org
                                            (973) 437-3347
                                            *Pro Bono* Counsel for Petitioner

                                            /s/ *Tasha M. Bradt*
                                            TASHA M. BRADT
                                            Assistant United States Attorney
                                            Deputy Chief, Civil Division
                                            *Attorneys for Respondents*

The previous stay of Petitioner's transfer, ECF No. 2, is hereby lifted."

SO ORDERED

    *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:  6/26/2026